FILED

06/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0021

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Case No. DA 20-0021

| | |
|---|---|
| IN THE MATTER OF THE GUARDIANSHIP AND CONSERVATORSHIP OF<br><br>A.M.M. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF** |

Co-Conservators/Appellees Paul J. McCann, Jr. and Douglas J. Wold having filed a Motion for Extension of Time to File Response Brief, and good cause appearing therefor;

IT IS HEREBY ORDERED that the co-Conservators'/Appellees' Response Brief shall be filed on or before June 30 2020.

ELECTRONICALLY DATED AND SIGNED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 15 2020